UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anita Bull, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:11-cv-02162-WWC |
| v. | : |
| Jacob Collection Group, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: January 20, 2012

Respectfully submitted,

PLAINTIFF, Anita Bull

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 20, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Jody B. Burton_____

            Jody B. Burton