UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anita Bull, | : |
| | : |
| | : Civil Action No.: 1:11-cv-02162-WWC |
| Plaintiff, | : |
| v. | : |
| | : |
| Jacob Collection Group, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

    Anita Bull ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 23, 2012

                                                                Respectfully submitted,

                                                                 PLAINTIFF, Anita Bull

                                                                 <u>/s/ Jody B. Burton</u>

                                                                 Jody B. Burton, Esq.
                                                                Bar No.: 71681
                                                                LEMBERG & ASSOCIATES L.L.C.
                                                                1100 Summer Street, 3rd Floor
                                                                Stamford, CT 06905
                                                               Telephone: (203) 653-2250
                                                                Facsimile:  (203) 653-3424
                                                                jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 23, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By  /s/ Jody B. Burton_____

              Jody B. Burton